Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for PLAINTIFF
OMAR MAGANA on behalf of himself and others similarly situated.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MAGANA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>THE F. A. BARTLETT TREE COMPANY, a Connecticut corporation; FINCH TREE SURGERY, INC., a California corporation; BARTLETT TREE EXPERTS, a business entity unknown, and DOES 1 to 100, Inclusive.<br><br>DEFENDANTS. | Case No.: 17-cv-06113-RS<br><br>**NOTICE OF MOTION AND FIRST MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT INCLUDING PRELIMINARY APPROVAL OF ATTORNEYS FEES AND COSTS**<br><br>**Date**:   November 14, 2019<br>**Time**:   1:30 p.m.<br>**Courtroom**:   3<br><br>Before Hon. Richard Seeborg, United States District Judge |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Omar Magana ("Plaintiff") hereby gives Notice that on Thursday, November 14, 2019 at 1:30 p.m., in Courtroom 3 of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move for the first time, and hereby does move the Court to enter the concurrently filed [Proposed] Order seeking the following:

(1) Granting preliminary approval of the proposed class action settlement, including the

**NOTICE AND FIRST MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT INCLUDING PRELIMINARY APPROVAL OF ATTORNEYS FEES AND COSTS; Case No.: 17-cv-06113-RS**

**1**

amount of the settlement; the amount and methodology pertaining to distributions to the class; the procedure for giving notice to class members; the procedure for allowing class members to opt out of the settlement; the procedure for submitting claims; and the amounts allocated to incentive payments, attorney fees and costs, and administrative costs;

(2) Provisionally certifying the proposed Class for settlement purposes only;

(3) Approving the form and content of the class notice and directing the distribution of the class notice;

(4) Appointing Joseph Lavi and Jordan D. Bello of Lavi & Ebrahimian, LLP as Class Counsel and named Plaintiff Omar Magana as Class Representative;

(5) Appointing CPT Group, Inc. as claims administrator; and

(6) Setting a Final Approval Hearing and hearing on Class Counsel's Attorney Fees and Cost award and Class Representative Services Award for a date on or after April 16, 2020[1] or as soon thereafter as is acceptable and convenient to the Court.

As part of Plaintiff's motion, Plaintiff specifically seeks preliminary approval of the requested Attorney Fees and Costs pursuant to Federal Rules of Civil Procedure Rule 23(h) and 54(d)(2) to provide the Class Members notice of the basis of Plaintiff's request for attorneys' fees and costs. *Mercury Interactive Corp. Sec. Litig. V. Mercury Interactive Corp.,* 618 F.3d 988, 993-995 (9th Cir. 2010).

Plaintiff's motion is based on this Notice, the stipulation for settlement, memorandum of points and authorities; and Declaration of Joseph Lavi concurrently filed herewith; all other pleadings and papers on file in this action; and any other argument or other matter that may be considered by the Court.

---

[1] An April 16, 2020 hearing date or later accommodates the following: (1) "15 business days" (i.e., from preliminary approval for Defendants to provide putative class information to the Settlement Administrator (Bello Decl. Ex. 1 14:6-11); (2) 20 calendar days for the Settlement Administrator to mail notice of settlement to the putative class (*id*., Ex. 1 14:11-21.); 45 calendar days from mailing for putative class members to submit claim forms/objections/requests for exclusion (*id.,* Ex. 1 at 15:4-16:8, 16:26-17:10); (3) "15 business days" after opt out period for Settlement Administrator to provide a declaration regarding sending of notice and results (*id.* Ex. 1 16:11-18); (4) 35 days' notice for the motion for final approval of class action settlement (N.D. Cal. Civ. R. 7-2(a)).

**NOTICE AND FIRST MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT INCLUDING PRELIMINARY APPROVAL OF ATTORNEYS FEES AND COSTS; Case No.: 17-cv-06113-RS**

2

Dated: October 10, 2019

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: _____
Joseph Lavi, Esq.
Jordan D. Bello, Esq.
Attorneys for PLAINTIFF
OMAR MAGANA and Other Class Members

---

**NOTICE AND FIRST MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT INCLUDING PRELIMINARY APPROVAL OF ATTORNEYS FEES AND COSTS; Case No.: 17-cv-06113-RS**

**3**