Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for PLAINTIFF
OMAR MAGANA on behalf of himself and others similarly situated.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MAGANA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>THE F. A. BARTLETT TREE COMPANY, a Connecticut corporation; FINCH TREE SURGERY, INC., a California corporation; BARTLETT TREE EXPERTS, a business entity unknown, and DOES 1 to 100, Inclusive.<br><br>DEFENDANTS. | Case No.: 17-cv-06113-RS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**:  April 2, 2020<br>**Time**:  1:30 p.m.<br>**Courtroom**:  3<br><br>Before Hon. Richard Seeborg, United States District Judge |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Omar Magana ("Plaintiff") hereby gives notice that on Thursday, April 2, 2020 at 1:30 p.m., in Courtroom 3 of the United States Courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move for the first time, and hereby does move the Court to enter the concurrently filed [Proposed] Judgment and Order granting final approval of the class action settlement seeking the following:

(1) Granting final approval of the class action settlement;

(2) Certifying the proposed Class for settlement purposes only;

(3) Appointing Joseph Lavi and Jordan D. Bello of Lavi & Ebrahimian, LLP as Class Counsel and Plaintiff Omar Magana as Class Representative for settlement purposes only;

(4) Approving the settlement as fair, adequate, and reasonable, based upon the terms as set forth in the court-approved Joint Stipulation and Settlement Agreement including payment by Defendants of the maximum settlement payment of $550,000 equal to the amount owed to pay (1) the Class Members pursuant to the terms of the settlement; (2) the court-approved attorneys' fees and costs; (3) the court-approved class representative enhancement, (4) the court-approved claims administration charges; and (5) the court-approved payment to the Labor and Workforce Development Agency pursuant to the Private Attorneys General Act of 2004 ("PAGA"); and

(5) Approving Plaintiff's Counsel's request for $137,500 in attorneys' fees plus reimbursement of litigation costs of $11,000;

(6) Approving an enhancement of $6,900 to Plaintiff in recognition of his service to the Class Members;

(7) Approving settlement administration costs of $11,500; and

(8) Approving $7,500 to be paid to the California Labor and Workforce Development Agency as 75% of the $10,000 allocated to civil penalties under the PAGA.

**Notice to the LWDA:** On February 26, 2020, Plaintiff's Counsel filed the settlement agreement with the LWDA and notified the LWDA of the date, time, and location of Plaintiff's motion for final approval of the class action settlement. (Bello Decl. ¶41.)

The motion is based on this Notice and Motion, the Memorandum of Points and Authorities, Declaration of Jordan D. Bello, exhibits, all other pleadings and papers on file in this action, and any oral argument or other matter that may be considered by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: February 26, 2020

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By:   /s/ Jordan D. Bello
      Joseph Lavi, Esq.
      Jordan D. Bello, Esq.
      Attorneys for PLAINTIFF
      OMAR MAGANA and Other Class Members