United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MAGANA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE F.A. BARTLETT TREE COMPANY, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-06113-RS<br><br>**ORDER RE MOTION FOR FINAL SETTLEMENT APPROVAL** |

Pursuant to Civil Local Rule 7-1(b), plaintiff's motion for final approval of the settlement in this matter has been submitted without oral argument. The settlement received preliminary approval on November 20, 2019. There have been no objections, and no opt-outs. As was the case at the time of preliminary approval, the settlement appears fair and reasonable. The incentive award to the named plaintiff is reasonable, and in proportion to the recovery of class members. The requested attorney fees of $137,500, representing twenty-five percent of the common fund, and the other costs and expenses claimed are likewise reasonable. The motion will be granted, and the proposed order and judgment submitted by plaintiff will be executed and filed.

**IT IS SO ORDERED**.

Dated: April 3, 2020

_____
RICHARD SEEBORG
United States District Judge